Maria Del Rosario GOMEZ–
RODRIGUEZ, Petitioner,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 06–71069.

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007 *.

Filed April 30, 2007.

Maria Del Rosario Gomez–Rodriguez,
Los Angeles, CA, for Petitioner.

District Director, Office of the District
Counsel Department of Homeland Securi-
ty, San Diego, CA, Ronald E. Lefevre,
Chief Counsel, Office of the District Coun-
sel Department of Homeland Security, San
Francisco, CA, Stephen J. Flynn, Esq.,
Julie M. Iversen, U.S. Department of Jus-
tice Civil Division, Washington, D.C., for
Respondent.

Before: O'SCANNLAIN, GRABER,
and CLIFTON, Circuit Judges.

MEMORANDUM **

Maria del Rosario Gomez–Rodriguez pe-
titions pro se for review of the Board of
Immigration Appeals' order affirming the
Immigration Judge's decision denying her
application for cancellation of removal. We
dismiss the petition for review.

Gomez–Rodriguez's contention that the
agency violated her due process rights by
disregarding her evidence of hardship is
not supported by the record and does not
amount to a colorable constitutional claim.
*See Martinez–Rosas v. Gonzales,* 424 F.3d
926, 930 (9th Cir.2005) ("[T]raditional
abuse of discretion challenges recast as
alleged due process violations do not con-
stitute colorable constitutional claims that
would invoke our jurisdiction.").

We deny Gomez–Rodriguez's second
motion for an extension of time to file an
optional reply brief.

**PETITION FOR REVIEW DIS-
MISSED.**

---

\* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.